| | |
|---|---|
| 1 | ROBERT S. STERN (CA SBN 68240) |
| | NANCY R. THOMAS (CA SBN 236185) |
| 2 | MORRISON & FOERSTER LLP |
| | 555 West Fifth Street |
| 3 | Los Angeles, California  90013-1024 |
| | Telephone: 213.892.5200 |
| 4 | Facsimile: 213.892.5454 |
| | RStern@mofo.com |
| 5 | NThomas@mofo.com |
| | |
| 6 | ANGELA L. PADILLA (CA SBN 154863) |
| | DAVID E. MELAUGH (CA SBN 219477) |
| 7 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 8 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 9 | Facsimile: 415.268.7522 |
| | APadilla@mofo.com |
| 10 | DMelaugh@mofo.com |
| | |
| 11 | Attorneys for Defendant |
| | CHASE BANK USA, N.A. |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBYN EVANS and DENNIS J. BARELA, on behalf of themselves and all others similarly situated, | Case No. CV-05-3968 SC |
| | **CLASS ACTION** |
| Plaintiffs, | **[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| v. | |
| CHASE BANK USA, N.A., | Date:   N/A |
| Defendant. | Time:   N/A |
| | Place:  Courtroom 1, 17th Floor |
| | Before: Hon. Samuel Conti |
| | Complaint filed:   September 30, 2005 |

[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
No. 05-CV-3968 SC
la-834188

1  The Court, having read the Stipulation to Reschedule Case Management Conference and
2  Related Dates, and good cause appearing, hereby GRANTS the parties' request to reschedule the
3  Case Management Conference and related dates.
4  IT IS HEREBY ORDERED that the dates set forth in Judge Zimmerman's September 30,
5  2005 Order Setting Initial Case Management Conference and this Court's November 15, 2005
6  Notice are VACATED and the following dates set:
7  1.  The Case Management Conference, currently scheduled for January 20, 2005, shall
8  be continued until Friday, ~~February 3, 2006~~, at 10:00 a.m., or until __February 10, 2006__;
9  and
10 2.  The related Rule 26 and ADR Certification deadlines are similarly extended to reflect
11 the new Case Management Conference date.
12 **IT IS SO ORDERED.**
13
14 Dated: __January 4, 2006__, ~~2005~~
15
16 THE _____
17
**GRANTED**
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
No. 05-CV-3968 SC
la-834188