IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN EVANS, et al, | No   C-05-3968 SC |
| Plaintiffs, | ORDER |
| v | |
| CHASE BANK USA, NA, | |
| Defendant. | |

On April 17, 2006, plaintiff Dennis J Barela requested via a letter addressed to the undersigned that the court order defendant to send monthly billing statements.  The matter is being forwarded to Judge Conti, who is presiding over this case.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge